## DiPietro, Appellant, *v.* Zeiders.

Argued March 17, 1970. *Samuel J. Halpren,* for appellant; *W. Edward Greenwood,* with him *Frank M. Perna,* and *Gawthrop & Greenwood,* for appellee.

Judgment affirmed.

## Gilotti *v.* Gilotti, Appellant.

Argued March 19, 1970. *Christopher T. Powell,* with him *Powell & Malone,* for appellant; *Thomas J. Jones,* for appellee.

OPINION PER CURIAM : Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

WRIGHT, P. J., dissents.

## Jordan *v.* Brennan, Appellant.

Argued March 18, 1970. *John T. Quinn,* for appellant; *Morton B. Weinstein,* for appellee.

Order affirmed.

MONTGOMERY, J., dissents.